AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00056 |
| Vaughn Gordon | ) Assigned to: Judge Robin M. Meriweather |
|  | ) Assign Date: 1/14/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
|  | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. 1752 (a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 U.S.C. 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in the Capitol Buildings |

This criminal complaint is based on these facts:
See attached statement of facts.

☑ Continued on the attached sheet.

_____
Complainant's signature

Andrew Berger, Special Agent, FBI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: January 14, 2021

_____
Judge's signature

City and state: Washington, DC     Robin M. Meriweather, United States Magistrate Judge
Printed name and title