**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-cr-99 (PLF)** |
| | **:** | |
| **VAUGHN GORDON,** | **:** | |
| **Defendant.** | **:** | |

**JOINT MOTION TO CONTINUE STATUS HEARING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Vaughn Gordon, respectfully move this Honorable Court to continue the status hearing currently scheduled for April 26, 2021, to a date in approximately 30 days, with time excluded under the Speedy Trial Act in the interests of justice.

In support of this motion, the parties submit that:

1.      The government expects substantial discovery to be made available to the defense shortly.

2.      The parties wish to engage in plea discussions.

3.      The report filed by the Pretrial Services Agency on April 22, 2021, indicates the defendant is in compliance and requests no change in conditions.

4.      A continuance of approximately thirty days will allow discovery to be reviewed and plea discussions to occur.

5.      The parties are available for a status hearing the week of May 24, 2021.

6.      The parties agree that the interests of justice will be served by excluding time and outweigh the defendant's and the public's interest in a speedy trial.

WHEREFORE, the parties respectfully ask this Court to continue the status hearing currently scheduled for April 26, 2021, to a date the week of May 24, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

By:     */s/ Mary L. Dohrmann*
MARY L. DOHRMANN
NY Bar No. 5443874
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7035
Mary.Dohrmann@usdoj.gov

*/s/ Michelle Peterson*
MICHELLE PETERSON
Counsel to the Defendant