UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 21-cr-99 (PLF)** |
| | : | |
| **VAUGHN GORDON,** | : | |
| Defendant. | : | |

## JOINT MOTION TO CONTINUE STATUS HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Vaughn Gordon, respectfully move this Honorable Court to continue the status hearing currently scheduled for May 24, 2021, to a date in approximately 30 days, with time excluded under the Speedy Trial Act in the interests of justice.

In support of this motion, the parties submit that:

1. The government produced substantial discovery to the defense on May 14, 2021, and anticipates making a plea offer to the defendant shortly.

2. A continuance of approximately thirty days will allow discovery to be reviewed and plea discussions to occur.

3. No Pretrial Services report has been filed indicating the need to address the defendant's compliance with the conditions of his release.

4. The parties are available for a status hearing the week of June 21, 2021, and agree that the interests of justice will be served by excluding time and outweigh the defendant's and the public's interest in a speedy trial.

WHEREFORE, the parties respectfully ask this Court to continue the status hearing currently scheduled for May 24, 2021, to a date the week of June 21, 2021.

                    Respectfully submitted,

                    CHANNING D. PHILLIPS
                    ACTING UNITED STATES ATTORNEY

By:   */s/ Mary L. Dohrmann*
        MARY L. DOHRMANN
        NY Bar No. 5443874
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-7035
        Mary.Dohrmann@usdoj.gov

        */s/ Michelle Peterson*
        MICHELLE PETERSON
        Counsel to the Defendant