# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** :

v.                                        :         Case No. 21-cr-99 (PLF)

**VAUGHN GORDON,**            :
**Defendant.**                          :

## UNOPPOSED MOTION TO CONTINUE STATUS HEARING

Mr. Gordon, through undersigned counsel, and with the consent of government counsel, respectfully requests a continuance of the status hearing currently scheduled for September 21, to a date in approximately 60 days, with time excluded under the Speedy Trial Act in the interests of justice.  The government has not yet produced the bulk of discovery in this case.  While the government has not filed a status report on discovery in this case yet, the government has represented that one will be filed shortly.  Moreover, the government has represented in similar cases that considerable discovery will be produced in the coming weeks.  Once the discovery is produced, Mr. Gordon and counsel will need time to review that discovery and assess how he wishes to proceed.  The parties have no objection to an exclusion of time from the Speedy Trial Calculation and agree that the interests of justice will be served by such an exclusion.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MICHELLE M. PETERSON
First Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Shelli_Peterson@fd.org