UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-99 (PLF) |
| | : | |
| **VAUGHN GORDON,** | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Vaughn Gordon, respectfully submit this Joint Status Report in response to the Court's Minute Order dated February 15, 2022. The parties propose a status hearing on April 26, 27, or 28, 2022, with time excluded under the Speedy Trial Act in the interests of justice until that date.

The parties submit that:

1. Defendant-specific discovery has been produced, and the government extended a plea offer for the defendant's consideration in June 2021.

2. Global discovery pertaining to the events of January 6, 2021, is ongoing. At this time, a vast amount of information has been made available to the defense, as detailed in multiple discovery-related memoranda filed in this case.

3. The defense requests, with the government's agreement, additional time to review the discovery and consider the plea offer extended to the defendant.

4. The parties are available for a status hearing on April 26, 27, or 28, 2022.

5.       The parties agree that the interests of justice will be served by excluding time and outweigh the defendant's and the public's interest in a speedy trial.

                                            Respectfully submitted,

                                            MATTHEW M. GRAVES
                                            UNITED STATES ATTORNEY

By:    */s/ Mary L. Dohrmann*
          MARY L. DOHRMANN
          NY Bar No. 5443874
          Assistant United States Attorney
          555 4th Street, N.W.
          Washington, D.C. 20530
          (202) 252-7035
          Mary.Dohrmann@usdoj.gov


          */s/ Michelle Peterson*
          MICHELLE PETERSON
          Counsel to the Defendant