UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-99 (PLF) |
| | : | |
| **VAUGHN GORDON,** | : | |
| Defendant. | : | |

## JOINT MOTION TO CONTINUE STATUS HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Vaughn Gordon, respectfully move this Honorable Court to continue the status hearing currently scheduled for February 8, 2022, to a date the last week of March, with time excluded under the Speedy Trial Act in the interests of justice.

In support of this motion, the parties submit that:

1. Defendant-specific discovery has been produced, and the government extended a plea offer for the defendant's consideration in June 2021.

2. Global discovery pertaining to the events of January 6, 2021, has been ongoing and is not yet complete.

3. Undersigned counsel for the government has a jury trial scheduled to begin on February 8, 2022, in *United States v. Walter Parker*, 19-CR-127 (TNM), and anticipates the trial will go forward on that date.

4. A continuance to the last week of March will allow discovery to be reviewed and the plea offer considered, and avoid the conflict relating to government counsel's anticipated trial.

5. No Pretrial Services report has been filed indicating the need to address the defendant's compliance with the conditions of his release.

6. The parties are available for a status hearing the week of March 28, 2022, and agree

that the interests of justice will be served by excluding time and outweigh the defendant's and the public's interest in a speedy trial.

WHEREFORE, the parties respectfully ask this Court to continue the status hearing currently scheduled for February 8, 2022, to a date the week of March 28, 2022.

                                                    Respectfully submitted,

                                                    MATTHEW M. GRAVES
                                                    UNITED STATES ATTORNEY

By:    */s/ Mary L. Dohrmann*
         MARY L. DOHRMANN
         NY Bar No. 5443874
         Assistant United States Attorney
         555 4th Street, N.W.
         Washington, D.C. 20530
         (202) 252-7035
         Mary.Dohrmann@usdoj.gov


         */s/ Michelle Peterson*
         MICHELLE PETERSON
         Counsel to the Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-99 (PLF) |
| | : | |
| VAUGHN GORDON, | : | |
| Defendant. | : | |

**[PROPOSED] ORDER**

Upon consideration of the Joint Motion to Continue Status Hearing, it is this ____ day of _____, 2022, HEREBY ORDERED that:

- The Motion is GRANTED;

- The status hearing currently scheduled for February 8, 2022, is CONTINUED to March ____, 2022; and

- The interests of justice outweigh the defendant and the public's interest in a speedy trial such that the time from February 8, 2022, to March ____, 2022, shall be excluded under the Speedy Trial Act.

SO ORDERED.

_____
HON. PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE