**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-cr-99 (PLF)** |
| | **:** | |
| **VAUGHN GORDON,** | **:** | |
| **Defendant.** | **:** | |

## JOINT MOTION TO CONTINUE STATUS HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Vaughn Gordon, respectfully move this Honorable Court to continue the status hearing currently scheduled for May 19, 2022, to a date the week of July 18, 2022 with time excluded under the Speedy Trial Act in the interests of justice.

In support of this motion, the parties submit that:

1.      Defendant-specific discovery has been produced, and a plea offer has been extended and remains open.

2.      Global discovery pertaining to the events of January 6, 2021, has been ongoing and is not yet complete.

3.      A continuance to the week of July 18 will allow discovery to be reviewed and the plea offer considered.

4.      Mr. Gordon is in compliance with his release conditions.

5.      The parties are available for a status hearing the week of July 18, and agree that the interests of justice will be served by excluding time and outweigh the defendant's and the public's interest in a speedy trial. The parties anticipate by the next hearing date Mr. Vaughn will either accept the plea offer or a trial date will be requested.

WHEREFORE, the parties respectfully ask this Court to continue the status hearing

currently scheduled for May 19, to a date the week of July 18, 2022.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:    */s/ Mary L. Dohrmann*
       MARY L. DOHRMANN
       NY Bar No. 5443874
       Assistant United States Attorney
       555 4th Street, N.W.
       Washington, D.C. 20530
       (202) 252-7035
       Mary.Dohrmann@usdoj.gov

*/s/ Michelle Peterson*
MICHELLE PETERSON
Counsel to the Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-cr-99 (PLF)** |
| | **:** | |
| **VAUGHN GORDON,** | **:** | |
| **Defendant.** | **:** | |

**[PROPOSED] ORDER**

Upon consideration of the Joint Motion to Continue Status Hearing, it is this _____ day of

_____, 2022, HEREBY ORDERED that:

- The Motion is GRANTED;

- The status hearing currently scheduled for May 19, is CONTINUED to July _____,

  2022; and

- The interests of justice outweigh the defendant and the public's interest in a speedy

  trial such that the time from May 19, 2022, to July _____, 2022, shall be excluded under

  the Speedy Trial Act.

SO ORDERED.

_____
HON. PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE